UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRETT BARNES,<br><br>            Plaintiff,<br>v.<br><br>NORTHERN NEVADA<br>CORRECTIONAL CENTER, et al.,<br><br>            Defendants. | Case No. 3:25-cv-00219-ART-CSD<br><br>ORDER ON PLAINTIFF'S MOTION TO WITHDRAW COMPLAINT<br><br>(ECF No. 8) |

Plaintiff Brett Barnes moves to withdraw his complaint without prejudice, arguing that he has not completed the administrative grievance process. (ECF No. 8). Barnes's motion is construed as a notice under Federal Rule of Civil Procedure 41(a)(1)(A)(i) voluntarily dismissing this action. Voluntary dismissals do not require a court order when, like here, no party has served "either an answer or a motion for summary judgment[.]" Fed. R. Civ. P. 41(a)(1)(A)(i).

It is hereby ordered that the motion to withdraw the complaint (ECF No. 8) is construed as a notice of voluntary dismissal under Rule 41(a)(1)(A)(i), and so construed, this action is dismissed without prejudice.

It is further ordered that the application to proceed *in forma pauperis* (ECF Nos. 5, 7) is denied as moot. This means the plaintiff will not be charged the filing fee for this action.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED: June 5, 2025

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1